on the ground that as a matter of discretion and not as matter of right the default should be excused. All concur; Kiley, J., in result.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, of PASQUALE LALLOS, Respondent, v. TERMINAL BARBER SHOPS, INC., Employer, Appellant.— Award reversed and claim dismissed on the ground that there is no proof that the injury complained of resulted from an accident arising out of and in the course of employment. All concur.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of THOMAS EGAN, Father, and MARGARET EGAN, Mother, Respondents, under the Workmen's Compensation Law, for the Death of HONORA EGAN, Deceased, v. TAGGART BROTHERS COMPANY, Employer, and UTICA MUTUAL INSURANCE COMPANY, Insurance Carrier, Appellants.— Award modified by striking out the provision that the compensation due the deceased's mother be paid to her husband, and in other respects unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of EMMA MILLARD, Respondent, for Compensation to Herself under the Workmen's Compensation Law, v. WILLIAM ELLSWORTH and MARYLAND CASUALTY COMPANY, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation Made by PERFETTI COSMO, on Behalf of Herself and Son, Respondent, under the Workmen's Compensation Law, for the Death of PHILIP COSMO, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Employer and Self-Insurer, Appellant.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by HELEN CANFIELD, Respondent, v. J. P. BAUMANN & SONS, Employer, and ALLIED MUTUALS LIABILITY INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of JOHN MONAHAN, Respondent, for Compensation under the Workmen's Compensation Law, v. THOMAS J. DENNIS, Employer, and UNITED STATES CASUALTY· COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of HENRY WOHLEBEN, Respondent, for Compensation under the Workmen's Compensation Law, v. FLYNN BROTHERS, Employer, and UNITED STATES CASUALTY COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of ISADORE PALLEY, Respondent, for Compensation under the Workmen's Compensation Law, v. THE MENDLESON CORPORATION, Employer, and THE TRAVELERS INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

·· Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of